IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RECEIVED

In Re:   Oneida Cruz

                Debtor

Bankruptcy No. 18-24072
Chapter 13

2019 FEB -4 P 1: 24

CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

## NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name:   Gateway One Lending & Finance, LLC

    Incorrect Address: 160 N Riverview Dr., Ste. 100
                            Anheim CA 92808

Corrected Address:

    Creditor Name:   Gateway One Lending & Finance, LLC

    Correct Address:   175 N Riverview Dr.
                            Anheim CA 9808

Dated   1/30/2019

Electronic Signature of Creditor
/s/ Stephanie Acuna

Typed Name
Stephanie Acuna

Address
175 N Riverview Dr.
Anaheim CA 92808

Phone No.
(888) 810-8740