## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CASE NAME | Oneida Cruz |
|---|---|
| CASE NO. | 18-24072 CMB |
| RELATED TO DOCUMENT NO. | Notice of Change of Address for Gateway One Lending & Finance, LLC |

## NOTICE REGARDING
## NONCONFORMING DOCUMENT

The **Notice of Change of Address for Gateway One Lending & Finance, LLC** that you submitted has been accepted for filing.  However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

The **Notice of Change of Address for Gateway One Lending & Finance, LLC must have filer's written signed signature listed.**

You must file **Notice of Change of Address for Gateway One Lending & Finance, LLC with the filer's signed signature listed** within ten (10) days of the date of this notice.

This deadline does not affect any other deadlines in your bankruptcy case.

**Please attach a copy of this Notice to the front of the** file **Notice of Change of Address for Gateway One Lending & Finance, LLC with the filer's signed signature listed that is filed in response to this Notice.**

| February 5, 2019 | By: | Lylenn Fox |
|---|---|---|
| Date | | Deputy Clerk |

#106c-I

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 18-24072-CMB
Oneida Cruz                                                                         Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 1              Date Rcvd: Feb 05, 2019
                              Form ID: pdf901         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2019.
   NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
            +E-mail/Text: jennifer.macedo@gatewayonelending.com Feb 06 2019 02:44:27
             Gateway One Lending & Finance,    175 N Riverview Dr.,    Anaheim, CA 92808-1225
                                                                                   TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2019                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2019 at the address(es) listed below:
         James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
          bkgroup@kmllawgroup.com
         Kenneth  Steidl    on behalf of Debtor Oneida  Cruz julie.steidl@steidl-steinberg.com,
          ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
          eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
          inberg.com
         Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
          DMcKay@bernsteinlaw.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                              TOTAL: 5