IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Oneida Cruz                                  :   Bankruptcy No. 18-24072
                                                     :   Chapter      13
                    Debtor                           :

## NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name:    Gateway One Lending & Finance, LLC

    Incorrect Address: 160 N Riverview Dr., Ste. 100
                              Anheim CA 92808

Corrected Address:

    Creditor Name:    Gateway One Lending & Finance, LLC

    Correct Address:  175 N Riverview Dr.
                               Anaheim CA 92808

RECEIVED
FEB 12 REC'D
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

Dated   2/7/2019

Electronic Signature of Creditor

Typed Name
Stephanie Acuna

Address
175 N Riverview Dr.
Anaheim CA 92808

Phone No.
(888) 810-8740