# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**FILED**
5/6/19 12:19 pm
**CLERK**
**U.S. BANKRUPTCY COURT - WDPA**

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | ONEIDA CRUZ |
| **Case Number:** | 18-24072-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, MAY 02, 2019 11:00 AM  3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

### *Matter:*

#5 - Final Confirmation of Plan Dated 10/15/2018 (NFC)
   +Objections By: Nationstar Mortgage LLC
R / M #: 5 / 0

### *Appearances:*

Debtor: Lamb
Trustee: Winnecour / ~~Pail~~ / (Katz) / DeSimone
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 6/27/19 at 3:00 pm
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*Handwritten notes:* IRS claim still showing as estimated for 2015 — Debtor says she filed 2015 taxes. Counsel to address

4/25/2019   3:29:49PM