UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA
CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | ONEIDA CRUZ |
| Case Number: | 18-24072-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, JUNE 27, 2019 03:00 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
7/1/19 11:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#5 - Continued Confirmation of Plan Dated 10/15/2018 (NFC)
R / M #:  5 / 0

**Appearances:**   *J. Steidl*

Debtor:
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor:

*Still waiting for IRS to file amended poc to reflect 2015 tax return that has been filed*

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to __8/29/19__ at __3:00 pm__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

6/20/2019   9:19:05AM