IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Oneida Cruz, ) | Case No. 18-24072 CMB |
| *Debtor* ) | Chapter 13 |
| ) | |
| Oneida Cruz, ) | Related to Document No. 35 |
| Social Security No. XXX-XX-5521 ) | |
| *Movant* ) | |
| ) | |
| *vs.* ) | |
| ) | |
| Allegheny County and ) | |
| Ronda J. Winnecour, Trustee, ) | |
| *Respondent(s)* ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on July 9, 2019, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Oneida Cruz
5242 Broadlea Drive
Pittsburgh, PA 15236

Allegheny County
Attn: Payroll Dept.
436 Grant Street, Room 104
Pittsburgh, Pa 15219

Date of Service:    July 9, 2019    /s/ Kenneth Steidl
                                                                  Kenneth Steidl, Esquire
                                                                  STEIDL & STEINBERG
                                                                  28th Floor, Gulf Tower
                                                                  707 Grant Street
                                                                  Pittsburgh, PA 15219
                                                                  (412) 391-8000
                                                                  PA I.D. 34965