**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 18-24072-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

Oneida Cruz
5242 Broadlea Drive
Pittsburgh PA 15236

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/24/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 3: Gateway One Lending & Finance, Attn: Bankruptcy, 175 N Riverview Dr., Anaheim, CA 9808 | Santander Consumer USA as servicing agent for Gateway One Lending & Finance, LLC (Gateway)<br>P.O. Box 961245<br>Fort Worth, TX 76161-1245 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   03/27/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Oneida Cruz
    Debtor

Case No. 18-24072-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2  User: dkam  Page 1 of 1  Date Rcvd: Mar 25, 2020
Form ID: trc  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14932938     E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Mar 26 2020 04:51:30
     Gateway One Lending & Finance,   Attn: Bankruptcy,   175 N Riverview Dr.,   Anaheim, CA 9808
                                                                                                           TOTAL: 1

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2020 at the address(es) listed below:
      James Warmbrodt   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
      bkgroup@kmllawgroup.com
      Kenneth Steidl   on behalf of Debtor Oneida  Cruz julie.steidl@steidl-steinberg.com,
      ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
      Keri P. Ebeck   on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
      Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                                                                                                                                                      TOTAL: 5