IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Oneida Cruz, | ) | Case No. 18-24072 CMB |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| Oneida Cruz, | ) | Related to Document No. 48 |
| Social Security No. XXX-XX-5521 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Allegheny County and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| *Respondent(s)* | ) | |

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on November 17, 2020, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Oneida Cruz
5242 Broadlea Drive
Pittsburgh, PA 15236

Allegheny County
Attn: Payroll Dept.
436 Grant Street, Room 104
Pittsburgh, Pa 15219

**Served by ECF: Ronda J. Winnecour, Trustee**

Date of Service:    November 17, 2020    /s/ Kenneth Steidl
    Kenneth Steidl, Esquire
    STEIDL & STEINBERG
    28th Floor, Gulf Tower
    707 Grant Street
    Pittsburgh, PA 15219
    (412) 391-8000
    PA I.D. 34965