IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BK. NO. 18-24072-CMB |
| ONEIDA CRUZ | : | |
| | : | Chapter No. 13 |
| | : | |
| ESTATE OF ONEIDA CRUZ, | : | Document No. 38 |
| DECEASED | : | |
|     Movant | : | Hearing Date:  November 10, 2021 |
| | : | |
|     v. | : | Hearing Time:  10:00 a.m. |
| | : | |
| RONDA J. WINNECOUR, | : | |
| CHAPTER 13 TRUSTEE | : | |
|     Respondent | : | |

### NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF ESTATE OF ONEIDA CRUZ TO DISMISS CHAPTER 13 CASE

TO THE RESPONDENT:

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **October 18, 2021** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the Presiding Judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to your lawyer at once.

A Zoom Video Conference Hearing will be held on **November 10, 2021 at 10:00 a.m.** before Judge Carlota M. Bohm via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, you may use the following Meeting ID: 161 4380 0191 For questions regarding the connection, contact Judge Bohm's Chambers at (412) 644-4328. All attorneys and Parties may only appear by Zoom and must comply with Chief Judge Bohm's Zoom Procedures, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Judge Bohm's Chambers to make telephonic arrangements.

Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date of Service: October 1, 2021          /s/ Natalie Piscione
                                          Signature
                                          Natalie Piscione, Esquire
                                          357 Regis Avenue, Suite 1, Pittsburgh, PA 15236
                                          412-653-5000
                                          Attorney I.D. No. PA 314365