IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BK. NO. 18-24072-CMB |
| ONEIDA CRUZ | : | |
| | : | Chapter No. 13 |
| | : | |
| ESTATE OF ONEIDA CRUZ, DECEASED | : | Document No. 38 |
| | : | |
| Movant | : | Hearing Date: November 10, 2021 |
| | : | |
| v. | : | Hearing Time: 10:00 a.m. |
| | : | |
| RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE | : | |
| Respondent | : | |

### ORDER OF COURT ON MOTION TO DISMISS CHAPTER 13 CASE

AND NOW, this ___3rd___ day of ___November___, 2021, it is hereby ORDERED, ADJUDGED and DECREED that the Motion to Dismiss Chapter 13 Bankruptcy submitted by and on behalf of the Estate of the Debtor is GRANTED. The above-captioned bankruptcy shall be dismissed. Any funds on hand shall be returned to the Debtor via check made payable to "The Estate of Oneida Cruz" c/o Patrina Cruz.

FILED
10/4/21 10:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____
Carlota M. Böhm
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24072-CMB |
| Oneida Cruz | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 1 of 3 |
| Date Rcvd: Oct 04, 2021 | Form ID: pdf900 | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Oneida Cruz, 5242 Broadlea Drive, Pittsburgh, PA 15236-2607 |
| cr | + | Santander Consumer USA, Inc., as servicing agent f, P.O. Box 961245, Ft Worth, TX 76161-0244 |
| 14932932 | + | Baldwin EMS, c/o Advanced Recovery Systems, PO Box 80766, Valley Forge, PA 19484-0766 |
| 14932933 | + | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14932945 | + | KML Law Group, P.C., Suite 5000, BNY Mellon Independance Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14932943 | + | KeyBridge Medical Revenue, Attn: Bankruptcy, Po Box 15618, Wilmington, DE 19850-5618 |
| 14932947 | + | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14932948 | + | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14945815 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15221600 | + | Santander Consumer USA as servicing, agent for Gateway One Lending &, Finance, LLC (Gateway), P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14932950 | + | St. Clair Hospital, c/o Collection Service Center, 363 Vanadium Road, Suite 109, Pittsburgh, PA 15243-1477 |
| 14932952 | + | St. Clair Medical Services, PO Box 791486, Baltimore, MD 21279-1486 |
| 14932953 | + | State of Maryland Central Collection Unit, C/O Lisa K. Jenkins, Asst. Attorney Gene, 300 West Preston Street, Room 307, Baltimore, MD 21201-2308 |
| 14932954 | + | Vacation Village in the Berkshires, PO Box 9610, Coral Springs, FL 33075-9610 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Oct 04 2021 23:09:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 04 2021 23:30:50 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14932934 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 04 2021 23:09:00 | CitiBank/Home Depot, c/o Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14932936 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 04 2021 23:09:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14932935 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 04 2021 23:09:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 14932937 | | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | Oct 04 2021 23:09:00 | Gateway One Lending & Finance, 175 N Riverview Dr, Anaheim, CA 92808 |
| 14932938 | | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | Oct 04 2021 23:09:00 | Gateway One Lending & Finance, Attn: Bankruptcy, 175 N Riverview Dr., Anaheim, CA 9808 |
| 14932939 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 04 2021 23:09:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14932941 | + | Email/Text: processing@keybridgemed.com | Oct 04 2021 23:09:00 | KeyBridge Medical Revenue, 2348 Baton Rouge, Lima, OH 45805-1167 |
| 14968332 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 04 2021 23:30:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 18-24072-CMB    Doc 54    Filed 10/06/21    Entered 10/07/21 00:28:46    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: dkam | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 04, 2021 | Form ID: pdf900 | Total Noticed: 30 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14932946 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 04 2021 23:09:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 14957133 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 04 2021 23:09:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14939571 | | Email/PDF: cbp@onemainfinancial.com | Oct 04 2021 23:30:50 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14932949 | + | Email/PDF: cbp@onemainfinancial.com | Oct 04 2021 23:30:42 | One Main Financial, Century Square Shop Center, 3533 Mountain View Drive, West Mifflin, PA 15122-2447 |
| 15081219 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 04 2021 23:30:50 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14935050 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 04 2021 23:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| intp | | Oneida Cruz Estate of |
| 14932940 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14932944 | *+ | KeyBridge Medical Revenue, Attn: Bankruptcy, Po Box 15618, Wilmington, DE 19850-5618 |
| 14932942 | *+ | KeyBridge Medical Revenue, 2348 Baton Rouge, Lima, OH 45805-1167 |
| 14932951 | *+ | St. Clair Hospital, c/o Collection Service Center, 363 Vanadium Road, Suite 109, Pittsburgh, PA 15243-1477 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 06, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Oneida Cruz julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |

Natalie N. Piscione
    on behalf of Interested Party Oneida Cruz Estate of covellilawoffices@yahoo.com  ndantonio@covellilaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6