**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>THE ESTATE OF OREIDA CRUZ<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:18-24072<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 10/18/2018 and confirmed on 11/16/2018 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 64,743.70 |
| Less Refunds to Debtor | 6.57 | |
| TOTAL AMOUNT OF PLAN FUND | | 64,737.13 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,492.39 | |
|    Trustee Fee | 3,545.49 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,037.88 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A MR C<br>    Acct: 1501 | 0.00 | 40,981.51 | 0.00 | 40,981.51 |
|   NATIONSTAR MORTGAGE LLC D/B/A MR C<br>    Acct: 1501 | 10,151.60 | 0.00 | 0.00 | 0.00 |
|   VACATION VILLAGE IN THE BERKSHIRES<br>    Acct: 0348 | 0.00 | 0.00 | 0.00 | 0.00 |
|   SANTANDER CONSUMER USA D/B/A CHRY<br>    Acct: 3127 | 0.00 | 0.00 | 0.00 | 0.00 |
|   SANTANDER CONSUMER USA**<br>    Acct: 8496 | 17,446.55 | 15,998.88 | 1,718.86 | 17,717.74 |
| | | | | 58,699.25 |
| Priority | | | | |
|   KENNETH STEIDL ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   THE ESTATE OF OREIDA CRUZ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   THE ESTATE OF OREIDA CRUZ<br>    Acct: | 6.57 | 6.57 | 0.00 | 0.00 |

| 18-24072 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| STEIDL & STEINBERG | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 2,500.00 | 2,492.39 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 5,821.85 | 0.00 | 0.00 | 0.00 |
| Acct: 5521 | | | | |
| PA DEPARTMENT OF REVENUE* | 67.32 | 0.00 | 0.00 | 0.00 |
| Acct: 5521 | | | | |
| | \*\*\*NONE\*\*\* | | | |
| **Unsecured** | | | | |
| BALDWIN E.M.S. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2749 | | | | |
| MIDLAND FUNDING LLC | 824.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7473 | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2205 | | | | |
| INTERNAL REVENUE SERVICE* | 6,183.43 | 0.00 | 0.00 | 0.00 |
| Acct: 5521 | | | | |
| KEYBRIDGE MEDICAL REVENUE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4709 | | | | |
| KEYBRIDGE MEDICAL REVENUE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5744 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 10,636.97 | 0.00 | 0.00 | 0.00 |
| Acct: 7765 | | | | |
| ST CLAIR HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7001 | | | | |
| ST CLAIR HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7002 | | | | |
| ST CLAIR MEDICAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6117 | | | | |
| STATE OF MARYLAND CENTRAL COLLECT | 951.21 | 0.00 | 0.00 | 0.00 |
| Acct: 6815 | | | | |
| PA DEPARTMENT OF REVENUE* | 16.50 | 0.00 | 0.00 | 0.00 |
| Acct: 5521 | | | | |
| SANTANDER CONSUMER USA D/B/A CHRY | 5.82 | 0.00 | 0.00 | 0.00 |
| Acct: 3127 | | | | |
| LVNV FUNDING LLC | 1,239.50 | 0.00 | 0.00 | 0.00 |
| Acct: 8031 | | | | |
| KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | \*\*\*NONE\*\*\* | | | |

TOTAL PAID TO CREDITORS                                                                                                          58,699.25

TOTAL CLAIMED
PRIORITY            5,889.17
SECURED            27,598.15
UNSECURED          19.857.43

Date: 11/04/2021                                /s/ Ronda J. Winnecour
                                                RONDA J WINNECOUR PA ID #30399
                                                CHAPTER 13 TRUSTEE WD PA
                                                600 GRANT STREET
                                                SUITE 3250 US STEEL TWR
                                                PITTSBURGH, PA  15219
                                                (412) 471-5566
                                                cmecf@chapter13trusteewdpa.com